UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| ROSIE HARRIS AND JAMES HARRIS | * | CIVIL ACTION NO.  3:16CV0166 |
| HUSBAND AND WIFE | * | |
| | * | JUDGE ROBERT G JAMES |
| VERSUS | * | |
| | * | MAG. JUDGE KAREN L HAYES |
| | * | |
| LOWE'S HOME CENTERS, LLC, | * | JURY TRIAL |
| LOWE'S HOME CENTERS, INC., | * | |
| LOWE'S COMPANIES, INC., JOE HALL, | * | |
| ALBERT DAVID TORRES, AND | * | |
| JOHNNY DEAN | * | |

## RULE 26(f) CASE MANAGEMENT REPORT

A meeting of counsel was held on April 12, 2016 by telephone.  The following persons participated:

Ross Downs, Jr. (Bar No. 22340)
THE DOWNS LAW FIRM, A.P.C.
517 North Washington Street
Bastrop, Louisiana 71220
Telephone: 318-281-7677
Facsimile: 318-281-2225
*Counsel for Plaintiff, Rosie Harris and James Harris*

D. Scott Rainwater (Bar No. 30683)
TAYLOR WELLONS POLITZ & DUHE, APLC
8550 United Plaza Boulevard, Suite 101
Baton Rouge, Louisiana 70809
Telephone:  225-387-9888
Facsimile:  225-387-9886
*Counsel for Defendants, Lowe's Home Centers, LLC,*
*Joe Hall, Albert David Torres and Johnny Dean*

1.     Nature of Plaintiffs' Claim

Plaintiffs bring this action for damages and other relief against the defendants pursuant to Louisiana Law as a result of an alleged April 19, 2015 incident at Lowe's Store Number 0450, located at 4750 Frontage Road, Monroe, Louisiana in the garden center.  Plaintiff, Rosie Harris, claims that she was shopping in the garden center area when a stack or more than one stack of tomato cages either fell over onto her causing her to fall to the ground and/or were loose in and

upon the aisle causing her feet to become entangled in the tomato cages and thereafter causing her to fall. As a result of the accident, plaintiffs claim significant injuries, including a closed head injury.

## 2. Bench or Jury

Defendant, Lowe's Home Centers, LLC, asserted a jury demand in its Answer to Plaintiffs' Original Petition for Damages.

## 3. Initial Disclosures

The parties have agreed that they will exchange initial disclosures on or by April 26, 2016.

## 4. Jurisdiction

Plaintiffs have a pending Motion to Remand this matter for lack of diversity jurisdiction.

## 5. Joinder of Parties and Amendment of Pleadings

No discovery has been completed in this matter and it is unknown as to whether any parties will need to amend or add additional parties to this litigation. The parties reserve their rights to amend pleadings and add parties pursuant to this Court's scheduling order.

## 6. Discovery Issues

At this time, the parties do not anticipate any discovery disputes. The parties will complete any and all discovery pursuant to the Court's discovery deadline.

## 7. Motion Practice

As noted above, there is a pending Motion to Remand filed by plaintiffs, which has been opposed. Additionally, all parties reserve the right to file dispositive motions, discovery motions, or any other pretrial motions pursuant to the Court's scheduling order.

## 8. Alternative Dispute Resolution

The parties are willing to consider mediation of this case upon conclusion of adequate discovery.

## 9. Related Cases

None.

10.     **Trial by Magistrate Judge**

The parties do not consent to trial by the Magistrate Judge.


*s/Ross Downs, Jr.*                                                                    4/14/16
Ross Downs, Jr. (Bar No. 22340)                              Date
THE DOWNS LAW FIRM, A.P.C.
517 North Washington Street
Bastrop, Louisiana 71220
Telephone: 318-281-7677
Facsimile: 318-281-2225
***Counsel for Plaintiff, Rosie Harris and James Harris***


*s/D. Scott Rainwater*                                                             4/14/16
Paul J. Politz (Bar No. 19741)                                     Date
D. Scott Rainwater (Bar No. 30683)
Jason D. Bone (Bar No. 28315)
8550 United Plaza Boulevard, Suite 101
Baton Rouge, Louisiana 70809
Telephone:  225-387-9888
Facsimile:  225-387-9886
***Counsel for Defendants, Lowe's Home Centers, LLC,***
***Joe Hall, Albert David Torres and Johnny Dean***